**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2021

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF

April 1, 2021

U.S. District Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  **Re:**   *Mercer v. Capital Vacations, LLC,* **Case No. 1:20-cv-10134-VEC**

Dear Judge Caproni:

  This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. We are currently in settlement discussions with the Defendant Capital Vacations, LLC ("Defendant") and are close to finalizing the terms and fully resolving this matter. As a result, together with the defendant, we are requesting at least a 14-day adjournment of the initial pretrial conference currently scheduled for Friday, April 9, 2021, at 10:00 a.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). We expect the terms of the agreement to be finalized within the next 14 days and for a notice of settlement to be filed shortly thereafter so that the parties may execute a written settlement agreement. This is our first request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates.

  We thank the Court for your time and consideration in this matter.

            Respectfully submitted,

            BASHIAN & PAPANTONIOU, P.C.

            */s/ Erik M. Bashian*
            _____
            Erik M. Bashian, Esq.

cc:  Chris Weiss, Esq. *(via CM/ECF only)*

The April 9, 2021 IPTC is ADJOURNED to **April 30, 2021, at 10:00 a.m.**  Not later than **April 22, 2021**, the parties must file either a notice of settlement or a joint letter and proposed Case Management Plan, in compliance with the Court's order at Dkt. 5.  Any further requests for extension must be filed at least 48 hours in advance of the original deadline, per the Court's Individual Practices.

SO ORDERED.

4/2/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE